IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GREGORY B. MYERS, et al. | : | |
| v. | : | Civil Action No. DKC 26-1328 |
| NAPLES GOLF AND BEACH CLUB, INC., Et al. | : | |

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 21st day of July, 2026, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion to remand filed by Naples Golf and Beach Club, Inc., Naples Property Holding Company, LLC, Naples Beach Club Land Trust Trustee, LLC, Naples Beach Club Phase II and III Land Trust Trustee, LLC, and NBC Club Owner, LLC (ECF No. 10) BE, and the same hereby IS, GRANTED;

2. The alternative motion to dismiss filed by Naples Golf and Beach Club, Inc., Naples Property Holding Company, LLC, Naples Beach Club Land Trust Trustee, LLC, Naples Beach Club Phase II and III Land Trust Trustee, LLC, and NBC Club Owner, LLC (ECF No. 10) BE, and the same hereby IS, DENIED AS MOOT;

3. The action BE, and the same hereby IS, REMANDED to the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida, pursuant to 28 U.S.C. § 1447(c) and § 1452(b);

4. The motion for attorney's fees, costs, and expenses pursuant to 28 U.S.C. § 1447(c) filed by Naples Golf and Beach Club, Inc., Naples Property Holding Company, LLC, Naples Beach Club Land Trust Trustee, LLC, Naples Beach Club Phase II and III Land Trust Trustee, LLC, and NBC Club Owner, LLC (ECF No. 10) BE, and the same hereby IS, GRANTED;

5. Naples Golf and Beach Club, Inc., Naples Property Holding Company, LLC, Naples Beach Club Land Trust Trustee, LLC, Naples Beach Club Phase II and III Land Trust Trustee, LLC, and NBC Club Owner, LLC are DIRECTED to file within fourteen (14) days a motion pursuant to Local Rule 109 documenting the fees, costs, and expenses requested;

6. The motion to declare Gregory B. Myers and Barbara Ann Kelly vexatious litigants and enjoin them from any *pro se* removals to any federal court (ECF No. 10) BE, and the same hereby IS, GRANTED IN PART and DENIED IN PART;

7. Gregory B. Myers and Barbara Ann Kelly BE, and the same hereby ARE, ENJOINED from removing *Myers, et al. v. Naples Golf & Beach Club, Inc.*, No. 21-CA-001441-0001 (Fla.Cir.Ct.), to any federal court within the U.S. Court of Appeals for the Fourth Circuit without first obtaining leave of the court in which they seek to file and attaching a copy of this opinion and order to their request for leave to remove;

8. The motion to declare post-removal state-court orders void and to prohibit the NBC Entities from relying on those void orders filed by Gregory B. Myers and Barbara Ann Kelly (ECF No. 15) BE, and the same hereby IS, GRANTED;

9. All orders entered in *Myers, et al. v. Naples Golf & Beach Club, Inc.,* No. 21-CA-001441-0001 (Fla.Cir.Ct.) between April 4, 2026, and the date of this order are VOID; and

10. The clerk will effectuate the remand promptly and transmit copies of the Memorandum Opinion and this Order to Gregory Myers, Barbara Kelly, and counsel for the remaining parties.

/s/

DEBORAH K. CHASANOW
United States District Judge