FILED: July 28, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-1981
(8:26-cv-01328-DKC)

---

GREGORY B. MYERS; BARBARA ANN KELLY

Plaintiffs - Appellants

v.

NAPLES GOLF AND BEACH CLUB, INC., a Florida Corporation; NAPLES PROPERTY HOLDING COMPANY, LLC, a Delaware limited liability company; NAPLES BEACH CLUB LAND TRUST TRUSTEE, LLC, a Delaware limited liability company, as Trustee under the Land Trust Agreement dated May 27, 2021; NAPLES BEACH CLUB PHASE II AND III LAND TRUST TRUSTEE, LLC, a Delaware limited liability company, as Trustee under the Land Trust Agreement dated as of May 27 2021; NBC CLUB OWNER, LLC, a Delaware limited liability company

Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:26-cv-01328-DKC |
| Date notice of appeal filed in originating court: | 07/22/2026 |
| Appellant(s) | GREGORY B. MYERS; BARBARA ANN KELLY |
| Appellate Case Number | 26-1981 |

| | |
|---|---|
| Case Manager | R. Phillips<br>804-916-2702 |