IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GREGORY B. MYERS, et al. :

v. : Civil Action No. DKC 26-1328

NAPLES GOLF AND BEACH CLUB, INC., et al. :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 22nd day of September, 2026, by the United States District Court for the District of Maryland, ORDERED that:

1. The limited motion for reconsideration filed by Defendants (ECF No. 32) BE, and the same hereby IS, DENIED; and

2. The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties.

/s/
DEBORAH K. CHASANOW
United States District Judge